

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
**www.potteranderson.com**

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

May 11, 2012

<u>VIA ELECTRONIC-FILING</u>
The Honorable Richard G. Andrews
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Round Rock Research, LLC v. Lenovo Group Ltd., et al.*
     C.A. No. 11-1011-RGA

Dear Judge Andrews:

  We represent defendants Lenovo Holding Co., Inc. and Lenovo (United States) Inc. (collectively "Lenovo") in the above-referenced matter and write to respectfully request the Court's approval of the attached protective order (Exhibit A).  It is identical to the protective order proposed by Dell Inc. ("Dell") in *Round Rock Research, LLC v. Dell Inc.*, C.A. No. 11-cv-976-RGA except that: (1) the definition of "Patents-in-suit" and the list of subject matter to which the prosecution bar applies have been changed to reflect that fewer patents have been asserted against Lenovo in the instant litigation than are asserted against Dell, and therefore less subject matter is at issue here; and (2) references to use of materials in the Texas action between Round Rock Research, LLC ("Round Rock") and Dell have been deleted.

  The sole disagreement between the parties concerning the attached protective order is identical to the dispute between Round Rock and Dell in *Round Rock Research, LLC v. Dell Inc.* For the same reasons stated in Dell's letter submitted today in the aforementioned litigation, Lenovo joins Dell's request to  preclude plaintiff Round Rock's "competitive decision-makers," including its sole owner and CEO John Desmarais, and Desmarais LLP, Round Rock's outside counsel, from accessing Lenovo's most sensitive and confidential business information.

  Accordingly, Lenovo requests that the Court enter the protective order attached as Exhibit A for the same reasons specified in Dell's letter.

          Respectfully,

          */s/ David E. Moore*

          David E. Moore

DEM/msb/1059004/38491
Enclosure
cc: Clerk of the Court (via Hand Delivery)
   Counsel of Record (via Electronic Mail)