IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 11-1011-RGA |
| | : |
| LENOVO GROUP LTD., LENOVO | : |
| HOLDING CO., INC., and LENOVO | : |
| (UNITED STATES) INC., | : |
| | : |
| Defendants. | : |

## ORDER

This 14th day of June 2013, having considered the Plaintiff's request that the Court overrule Defendant's "unjustified objections" and compel "complete discovery responses," (D.I. 84), and Defendant's response (D.I. 85), and the Court being of the opinion that the only accused products are the ones for which the Plaintiff has done infringement contentions and complete claim charts, which are the accused products identified in D.I. 85, Exh. A at Exh. 1, and do not include the additional products listed at Exh. 2;

IT IS HEREBY ORDERED that the Plaintiff's request is **DENIED**.

United States District Judge